CHARLES ZITO, Appellant, v. JOHN J. SHARKEY, Respondent. — All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

DAN GRIPPO et al., Doing Business as GRIPPO & COMPANY, Respondents, v. CITY OF SYRACUSE, Appellant. — Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 278 App. Div. 1041.]

HUNTERS, INC., Respondent, v. CITY OF SYRACUSE, Appellant. — Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 278 App. Div. 1041.]

LINCOLN STORES, INC., Respondent, v. CITY OF SYRACUSE, Appellant. — Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 278 App. Div. 1042.]

JOE SMITH, INC., Respondent, v. OTIS-CHARLES CORP., Appellant, et al., Defendants. — Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See ante, p. 1.]